```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


UNITED STATES OF AMERICA,  x   Docket No. 04-MJ-1170(KAM)
                           .
                           .
       Plaintiff,          .   August 28, 2004
                           .
           v.              .   Brooklyn, NY
                           .
SHAHAWAR MATIN SIRAJ,      .
JAMES ELSHAFAY,            .
                           .
       Defendant.          .
. . . . . . . . . . . . . .x

           TRANSCRIPT OF CRTIMINAL CAUSE FOR ARRAIGNMENT
              BEFORE THE HONORABLE KIYO A. MATSUMOTO
                  UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the Plaintiff:                 KELLY CURRIE, ESQ.
                             Ass't. U.S. Attorney
                             United States Attorney's Office
                             One Pierrepont Place
                             Brooklyn, NY 11201


HEIDI CESARE, ESQ.
                             The Legal Aid Society
                             Federal Defender Division
                             16 Court Street, 3rd Floor
                             Brooklyn, NY 11201-4859


For the Defendant Siraj:     HEIDI CESARE, ESQ.
                             The Legal Aid Society
                             Federal Defender Division
                             16 Court Street, 3rd Floor
                             Brooklyn, NY 11201-4859




Proceedings recorded by audio recordings, transcript produced by transcription.

```
 1   (APPEARANCES CONT'D.

 2   For the Defendant Elshafay:        THOMAS F.X. DUNN, ESQ.
                                        401 Broadway
 3                                      Suite 1502
                                        New York, NY 10013
 4
     Also Present:                      Det. Joseph Nugent
 5                                      NYPD

 6   Transcriber:                       Joseph C. Williams
                                        845 Riverside Driver, #63
 7                                      New York, NY 10032
                                        1-917-435-3737
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    THE CLERK: United States of America against Shahawar Martin Siraj and James Elshafay.

3    Counsel, please state your names for the record.

4    MR. CURRIE: For the United States Kelly Currie. Good afternoon, your Honor.

6    THE COURT: Good Afternoon.

7    NR. NUGENT: Detective Joseph Nugent, NYPD.

8    MS. CESARE: Good afternoon. Heidi Cesare for the Federal Defendant Office for Mr. Martin.

10   THE COURT: Good afternoon.

11   MR. DUNN: Thomas Dunn for James Elshafay.

12   THE COURT: Good afternoon

13   And good afternoon, Mr. Siraj and Mr. Elshafay.

14   MR. SIRAJ: Good afternoon.

15   THE COURT: Mr. Siraj and Mr. Elshafay, do both of you speak and understand English?

17   MR. SIRAJ: Yes.

18   MR. ELSHAFAY: Yes.

19   THE COURT: Will you be able to proceed here today then in English without the need of an interpreter?

21   MR. SIRAJ: Yes.

22   THE COURT: And you, sir?

23   MR. ELSHAFAY: Yes.

24   THE COURT: All right.

25   I'd like the Detective Nugent,

```
1   please, to raise your right hand.
2              Sir, do you swear that the states contained in the
3   complaint herein against Mr. Siraj and Mr. Elshafay are true?
4              MR. NUGENT:  Yes, I do.
5              (DET. JOSEPH NUGENT, SWORN)
6              THE COURT:  All right, the court accepts the com-
7   plaint.
8              Gentlemen, you are here for the purpose of making
9   sure that you understand the crimes with which you are charged
10  and also to understand that you have the right to an attorney.
11  And we will also address the question of bail, whether you will
12  held in jail or released on bail today.
13             You have both been charged under a complaint with
14  knowingly and intentionally conspiring to maliciously damage
15  and destroy by means of an explosive a building, vehicle and
16  other real property, that is, the 34th Street subway station at
17  Herald Square in New York, New York.
18             This is not a trial and you will not be called upon
19  to make any statements at this time.  You are not required to
20  make any statements or further statements and, indeed, if do
21  make any statements except to your counsel those statements
22  could be used against you.
23             Do you understand?
24             MR. SIRAJ:  Yes.
25             THE COURT:  Sir, I'd like, do you
```

1  understand?  All right.

2       You have the right to counsel and to consult with
3  counsel with respect to these proceedings and the charges that
4  are going, that have been brought against you.

5       Mr. Siraj, you have been appointed with Ms. Cesare as
6  your counsel and Mr. Elshafay with Mr. Thomas Dunn.

7       MR. SIRAJ:  Yes.

8       THE COURT:  Both of you have the right to consult
9  with your counsel and if at any time you don't understand what
10 is being said or if you have any question about the proceed-
11 ings, please inform the court and we'll make sure that you have
12 an opportunity to speak with your attorneys.

13      Do you understand that?

14      MR. SIRAJ:  Yes.

15      THE COURT:  All right, counsel, have you had the op-
16 portunity to review the complaint with your clients and to ad-
17 vise them of the charges brought against them?

18      Ms. Cesare?

19      MS. CESARE:  Yes, I have.

20      THE COURT: All right.  And you, Mr. Dunn?

21      MR. DUNN:  Yes, your Honor.

22      THE COURT:  And are you confident that your clients
23 understand their rights and the charges that have been brought
24 against them?

25      MS. CESARE:  Yes.

1   MR. DUNN:  Yes.

2   THE COURT:  All right. What is the Defendants' posi-
3   tion with respect to a preliminary hearing?

4   MS. CESARE:  On behalf of Mr. Martin, we will re-
5   serve our right to seek a bail hearing for a future date and
6   will consent to a permanent order of detention at this time.

7   THE COURT:  All right. And what about with respect
8   to a preliminary hearing?

9   MS. CESARE:  Oh, so waived.

10  THE COURT:  All right.

11  And you, Mr. Dunn?

12  MR. DUNN:  I'm gonna waive the preliminary hearing,
13  your Honor, and we consent to an order of detention with leave
14  to come back when we have a bail package to present to the
15  court.

16  THE COURT:  All right. And what is the Govern-
17  ment's position with respect to a bail package?

18  MR. CURRIE:  Your Honor, based on the nature and se-
19  riousness of the case and the strength of the case, the Govern-
20  ment would be imposed to any bail package.

21  THE COURT:  All right, Mr. Siraj, are you a United
22  States citizen, sir?

23  MR. SIRAJ:  No.

24  THE COURT:  All right. I understand that is, is
25  there is, is there an ice (ph) detainer on Mr. Siraj?

1   MR. CURRIE:  There is, your Honor.

2   THE COURT:  At this time?  All right, the court
3   finds that given Mr. Siraj's status that an order of detention
4   pending trial will be entered.

5   And with respect to Mr. Elshafay we will also enter
6   an order of detention with need to appear at a later time and
7   have the court consider whether or not the package is suffi-
8   cient to warrant Mr. Elshafay's release at that time.

9   MR. DUNN:  Thank you, your Honor.

10  THE COURT:  Do either of the defendants have any
11  medical conditions or prescription medication that should be,
12  we should advise of the Bureau of Prisons about?

13  MR. ELSHAFAY:  I do.

14  THE COURT:  Oh.  Sir, let your attorney speak for
15  you.

16  Mr. Dunn?

17  MR. DUNN:  I do, your Honor.  I mean, my client
18  does.

19  THE COURT:  Will you please make sure that we in-
20  form, I'd like to know what that is so we can inform the NVC of
21  those conditions and prescriptions?

22  MR. DUNN:  Well, your Honor, do you want that --

23  THE COURT:  Does he have them with him?

24  MR. DUNN:  I believe so.  Your Honor, I can present
25  to you, if you'd like, his mother handed me these.  There are

1  MR. CURRIE: There is, your Honor.

2  THE COURT: At this time? All right, the court finds that given Mr. Siraj's status that an order of detention pending trial will be entered.

And with respect to Mr. Elshafay we will also enter an order of detention with need to appear at a later time and have the court consider whether or not the package is sufficient to warrant Mr. Elshafay's release at that time.

MR. DUNN: Thank you, your Honor.

THE COURT: Do either of the defendants have any medical conditions or prescription medication that should be, we should advise of the Bureau of Prisons about?

MR. ELSHAFAY: I do.

THE COURT: Oh. Sir, let your attorney speak for you.

Mr. Dunn?

MR. DUNN: I do, your Honor. I mean, my client does.

THE COURT: Will you please make sure that we inform, I'd like to know what that is so we can inform the NVC of those conditions and prescriptions?

MR. DUNN: Well, your Honor, do you want that --

THE COURT: Does he have them with him?

```
 1  three separate prescriptions.
 2          THE COURT:  There are three prescriptions in the name
 3  of Mr. Elshafay.  I would ask that we give these to Bureau of ,
 4  the Marshal's Service to turn over, please to NVC.
 5          MR. CURRIE:  We'll give them to the marshals, your
 6  Honor, yes.
 7          THE COURT:  All right. Very well.
 8          Is there any other matter that the court needs to ad-
 9  dress at this time?
10          MR. CURRIE:  Nothing further for the Government,
11  your Honor.
12          MS. CESARE:  No, thank you.
13          THE COURT:  All right, thank you.
14          MR. CURRIE:  Thank you, your Honor.
15
16
17
18
19
20
21
22
23
24
25                      * * * * * * * * *
```

9

```
                              INDEX
                                                         Further
                    Direct  Cross  Redirect  Recross  Redirect

Witnesses for the Government:


Witnesses for the
Defense:


Exhibits:                                    Marked  Received
```

## CERTIFICATION

I, Joseph C. Williams, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____    10/07/04
Signature of Approved Transcriber    Date

Joseph C. Williams
Typed or Written Name