# MARTIN R. STOLAR

Attorney at Law
351 Broadway
New York, NY 10013
212-219-1919 (fax)212-941-0980
mrslaw37@hotmail.com

March 15, 2006

Hon. Nina Gershon
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: U.S. v. Shahawar Matin Siraj
           Cr-05-104

Dear Judge Gershon:

      We submit this letter in connection with the requests to charge submitted by the government under a cover letter dated March 7, 2006.

      On the whole, the requests submitted for the elements of the crimes charged in the indictment seem satisfactory. The one minor change we would seek would be to include the phrase "none of them being government informants or agents" in the 5th paragraph of the initial definition of conspiracy (Request Number Two).

      With respect to the entrapment charge, we would modify it as noted in the attached Request, with proposed modifications being underlined.

      This letter and the attachment have been filed via ECF today and faxed to the government.

                                Very truly yours,

                                Martin R. Stolar

MRS/s
cc: Todd Harrison, Esq.; Marshall Miller, Esq.
    Shahawar Matin