IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA | CRIMINAL NO. 05-104 (NG)

V.

SHAHAWAR MATIN SIRAJ,

Defendant.

### DEFENSE EXHIBITS ADMITTED INTO EVIDENCE

| Exhibit | Description |
| --- | --- |
| A | Confidential Informant Registration Form |
| B | Book, The Anarchist Cookbook |
| D4 | Photo of men kneeling in Guantanamo prison |
| E2 | Abu Graib photo identified by Osama El-Dawoody |
| E5 | Abu Graib photo – four men |
| E6 | Abu Graib photo – soldiers using dog to scare man |
| E7 | Abu Graib photo identified by Osama El-Dawoody |
| E9 | Abu Graib photo – naked man on ground bleeding |
| E13 | Abu Graib photo – soldiers using dogs to scare naked man against door |
| E15 | Abu Graib photo – soldiers grinning next to pile of naked men |
| E17 | Abu Graib photo – dead man packed in ice |
| E22 | Abu Graib photo – hooded man handcuffed to railing |
| E25 | Abu Graib photo – soldier using dog to scare man in orange jumpsuit |
| E28 | Abu Graib photo – soldiers giving thumbs up next to naked man |
| E29 | Abu Graib photo – soldier pointing to genitalia of naked man |
| E32 | Abu Graib photo – soldier pointing to genitalia of naked man |
| E34 | Abu Graib photo – soldiers next to pile of naked men |
| E35 | Abu Graib photo – man in hood and blanket attached to wires |
| E39 | Abu Graib photo – soldier smiling next to dead man packed in ice |
| E44 | Abu Graib photo – soldiers grinning next to pile of naked men |
| G | Audio CD disk 6, wave 7 |
| G1 | Transcript of Audio CD disk 6, wave 7 |
| J | DD5 of Det. Andrews, 5/3/04, Bate stamp #288 |
| L | Video game Civilization (box contains 1 cd, instruction booklet, and flyer) |
| N | Printout of contents of CD |
| O | Photographs from video of Palestinian boy shot to death by Israeli soldier |
| P | Trial Stipulation regarding testimony of Mrs. Shahina Parveen |
| Q | "Request for Disposition" Special Registration (redacted) |