IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | CRIMINAL NO. 05-104 (NG) |
| | \| | |
| V. | \| | |
| | \| | |
| SHAHAWAR MATIN SIRAJ, | \| | |
| | \| | |
| Defendant. | \| | |

### DEFENSE EXHIBITS NOT ADMITTED INTO EVIDENCE

| Exhibit | Description |
|---|---|
| C | Calendar with handwritten note |
| D1-3 | Guantanamo photos |
| E1 | Abu Graib photo |
| E3-4 | Abu Graib photos |
| E8 | Abu Graib photo |
| E10-12 | Abu Graib photos |
| E14 | Abu Graib photo |
| E16 | Abu Graib photo |
| E18-21 | Abu Graib photos |
| E23-24 | Abu Graib photos |
| E26-27 | Abu Graib photos |
| E30-31 | Abu Graib photos |
| E33 | Abu Graib photo |
| E36-38 | Abu Graib photos |
| E40-43 | Abu Graib photos |
| E45 | Abu Graib photo |
| F1-3 | Photos of soldiers sexually abusing a woman |
| H | Audio CD Disk 8 -- conversation with James Elshafay, previously marked as Govt. 3500-OE-2 |
| H1 | Transcript of conversation on Audio CD Disk 8, previously marked as Govt. 3500-OE-2 |
| I | Summary of Information Contained on Payment Records of El-Dawoody |
| K | Calendar of El-Dawoody Mosque visits and payments |
| M | All DD5s generated by Det. Andrews |
| R | Calendar used during summation |