# EXHIBIT B

June 20, 2006

To the honorable Judge
Nina Goshen;

We are the parents of Shahwar Matin. Matin is our only son who we tried to raise to become a productive and a peace loving boy. We are not praising Matin because he is our son, but for what he really is in character and behavior.

Matin is a peace loving and non-violent person. He has never been into serious violent fights or tried to hurt anybody or anyone's property. Instead he always to tried to bring peace and mend things, not destroy. He loves people and is a very likable, friendly, and a sociable young man. He is a loving child who always shows care and love towards old people, children and even animals. He is a good, honest and friendly person who is always looking out to help others, not harm others. He is 23 years old but he is little immature for his age but good hearted. He has an impressionable mind and is venerable to be easily guided or misguided. Matin is social and trusting of others and gives out his heart with too much sincerity. That's why so many people have taken advantage of him. This quality has been taken by others as his weakness.

Matin is a smart, hardworking, honest, loving, non-violent, friendly, trusting, goodhearted, immature and harmless young man whose only goal was to study and work hard to help support his family and serve the mankind, not to hurt anyone.

Sincerely,

*S.A-Rahman*    *Shahina-Parveen*

Siraj Abdul Rahman and Shahina Parveen Siraj
Parents of Shahwar Matin

July 19, 2006

RE:

Dear Most Honorable Judge:

I am writing this letter as a loving sister of a boy who is totally innocent. My brother has always been so good to me, and to all members of our family. Our futures lie in the hard work and dedication of my brother. My brother has done no wrong, and committed no crime. Please grant mercy to my brother in regards to your decision in his court hearing.

I grew up with my brother, and I can testify of his sincere, honest and loving nature. He always stood up for me when we were in school, with wisdom and kindness. My brother never ever was involved in any school fights, arguments, or any trouble. At home, we used to sit and play games, watch television, laugh and talk. What has happened is so unfair, and so wrong! My brother has never ever been involved in any criminal activity. I am 100% sure of my brother's innocence and I am praying that you will also see the truth and allow my brother freedom from this very unfair situation.

He is my only brother. He is my hero. He is everything to us. Please be merciful to my only ~~son~~ brother in your decision.

With sincerest regards and hope,    *Saniya Siraj*

*Saniya*
Sister of Shahwar Matin
77-10 34 Ave Apt #A25
Jackson Height N·Y 11372