# EXHIBIT C

# OFFICE OF THE TOWN POLICE OFFICER
## JAMSHED TOWN CAPITAL CITY POLICE
### KARACHI




## POLICE CLEARANCE CERTIFICATE

NO: TPO/J-TOWN/PAB/VC/2006- __1195__   DATED: __01-08-2006__.

This is to certify that __SHAHAWAR MATIN (Agha Khani Muslim)__.

S/O __SIRAJ__.

r/o __D-17, Noorani view Plot No.3033, Golden Street, Opp: Jamat Khana Garden East, Karachi.__

bears good moral character and he/she has been living on this address

since __Birth__ to __06-06-1999__.

There is nothing adverse against him/her on the record of local Police Station,

As reported by SHO __Soldier Bazar__ PS  His/Her Photograph is affixed above.

| | |
|---|---|
| Profession of the Applicant | Student. |
| Date of Birth | 26-05-1982. |
| National Identity Card No. | 420009-887348-1 |
| Date of Issue. | 12-04-2003. |
| Passport No. | G-429741. |
| Date of Issue. | 20-04-1999. |

Town Police Officer Jamshed Town
Capital City Police, Karachi