# EXHIBIT D

*Matric*

# ST. ANDREW'S HIGH SCHOOL

3-A, Main Korangi Road, Defence Housing Authority, Karachi.
Phone: 540486



## PROVISIONAL CERTIFICATE

This is to certify that _Shawar Matin_

Son / Daughter of _Siraj_

has passed his/her S.S.C. Examination _1999_ in _Science_

group in _D_ grade under Seat No. _171291_

He / She has obtained _415_ marks in the aggregate out of 850.

His / Her date of birth is _26-05-1982_

( _Twenty Six May_ N.H. & _Eighty - Two_ ).

He / She bears a good moral character.

PRINCIPAL
St. Andrew's High School

SERIAL NO. 021291

# BOARD OF SECONDARY EDUCATION
# KARACHI

### STATEMENT OF MARKS
### S.S.C. EXAMINATION
### (FOR SUCCESSFUL CANDIDATES ONLY)



**Student Identity**

| | | | |
|---|---|---|---|
| EXAMINATION | **ANNUAL 1999** | ROLL NUMBER | 171291 |
| | | GROUP | SCIENCE |
| NAME | **SHAWAR MATIN** | | |
| FATHER'S NAME | **SIRAJ** | | |
| SCHOOL/PRIVATE | ST. ANDREW'S HIGH SCHOOL, 3-A, DEFENCE SOCIETY   MAIN KORANGI ROAD. | | |

| SUBJECTS | | | | |
|---|---|---|---|---|
| COMPONENT I | | MARKS | COMPONENT II | MARKS |
| SINDHI SALEES | 45 | 090 | MATHEMATICS | 045 |
| URDU NORMAL | 45 | /150 | | /100 |
| ENGLISH (COMP) PAPER I | 38 | 081 | BIOLOGY THEORY | 28 / 75 |
| ENGLISH (COMP) PAPER II | 43 | /150 | BIOLOGY PRACTICAL | 12 / 25 |
| PAKISTAN STUDIES | | 39 / 75 | PHYSICS THEORY | 28 / 75 |
| | | | PHYSICS PRACTICAL | 08 / 25 |
| ISLAMIAT | | 33 / 75 | CHEMISTRY THEORY | 38 / 75 |
| | | | CHEMISTRY PRACTICAL | 13 / 25 |

GRAND TOTAL:   415   OUT OF   850

GRADE:   D

GRADE IN COMPONENT III
AWARDED BY THE SCHOOL IN

XXXXXXXXXXXXXX

GRADE:   XXXX

DATED   26-07-1999

A - 99

**(SYED JAWED IFTIKHAR)**

CONTROLLER OF EXAMINATIONS

E. & O. E.

For Important Notes Please Turn Ove

# ST. PAUL'S ENGLISH HIGH SCHOOL

## SECONDARY SECTION



# PUPIL'S
# REPORT BOOK

This Report must be returned to the School as soon as possible



# ST. PAUL'S ENGLISH HIGH SCHOOL
# KARACHI

### Tel. No. 5680060

## TERMINAL REPORT

### OF

PUPIL _Shakwar Mattin Siraj._                    Specimen Signature

Date of Birth _26 - May 1982._

Date of Admission _____

Registration No. _____

Parent or Guardian _Siraj ( Father )_ .

Address _Rehman. G. store_

_Nassarwanji Road - garden - east_
_Karachi_

Telephone _7210208._

Name _SHAHWAR    MATRI_

Class    VI B

19 _94-95_    First Term attendance _____ out of _____

| SUBJECTS | 1st TEST | | FIRST TERM | | 2nd TEST | |
|---|---|---|---|---|---|---|
| | 50 | Obt. | 100 | Obt. | 50 | Obt. |
| English Written Self-Expression | | 20 | | | | 35 |
| English Conversation | | 35 | | | | 30 |
| English Language | | 32 | | | | 29 |
| English Literature | | 29 | | | | 35 |
| Urdu Language | | 27 | | | | 23 |
| Urdu Literature Computers | | 35 | | | | 27 |
| Sindhi | | 30 | | | | 25 |
| Arithmetic | | 38 | | | | 40 |
| Algebra & Geometry | | 26 | | | | 37 |
| General Science | | 26 | | | | 41 |
| Social Studies/Pak. Studies | | 34 | | | | 25 |
| Nazira Quran Khawani | 20 | 05 | | | 20 | 06 |
| Islamiyat / Deeniyat | 30 | 06 | | | 30 | 05 |
| Religion | | | | | | |
| | | | | | | |
| | | | | | | |
| | TOTAL | | | | | |
| Language ⎫ | Participation | | | | | |
| Co-Curricular ⎬ | Performance | | | | | |
| Activities ⎭ | Initiative | | | | | |

A = Excellent

B = Good    Class Teacher's Sig. _Fernandes_    _Fernandes_

C = Average    Principal's Sig.

U = Unsatisfactory    Parent's Sig.

Pass Marks — 50% in each subject.

Second Term attendance _____ 102 _____ out of _____ 130

| SECOND TERM | | TOTAL ON 300 | FINAL RESULT (AVG. ON 300) | | SPECIAL REMARKS |
|---|---|---|---|---|---|
| 100 | Obt. | | 100 | Obt. | |
| | 60 | 115 | | 58 | |
| | 65 | 130 | | 65 | |
| | 58 | 119 | | 60 | |
| | 50 | 114 | | 57 | |
| | 74 | 124 | | 62 | |
| | 56 | 118 | | 59 | |
| | 74 | 129 | | 65 | |
| | 20 | 98 | | 50 | PROMOTED To |
| | 60 | 123 | | 62 | VII A |
| | 56 | 123 | | 62 | |
| | 38 | 97 | | 50 | |
| 40 | 15 | 26 | | 13 | |
| 60 | 21 | 32 | | 10 | |
| | | | | 679 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Dewandes | | |
| | | | | | |
| | | | Sucfan | | |

Name __SHAWAR   MATTIN__

Class __VII – A__

19 __95 – 96__        First Term attendance _____ out of _____

| SUBJECTS | 1st TEST | | FIRST TERM | | 2nd TEST | |
|---|---|---|---|---|---|---|
| | 50 | Obt. | 100 | Obt. | 50 | Obt. |
| English Written Self-Expression | | 22 | | 42 | | |
| English Conversation | | 23 | | 61 | | |
| English Language | | 17 | | 55 | | |
| English Literature | | 25 | | 64 | | |
| Urdu Language | | 23 | | 48 | | |
| Urdu Literature *Computer* | | 38 | | 86 | | |
| Sindhi | | 34 | | 59 | | |
| Arithmetic | | 14 | | 24 | | |
| Algebra & Geometry | | 19 | | 23 | | |
| General Science | | 25 | | 50 | | |
| Social Studies/Pak. Studies | | 21 | | 50 | | |
| Nazira Quran Khawani | 20 | 11 | 40 | 16 | | |
| Islamiyat / Deeniyat | 30 | 16 | 60 | 27 | | |
| Religion | | | | | | |
| | | | | | | |
| TOTAL | | | | 607 | | |

Language ⎫
Co-Curricular ⎬  Participation
Activities ⎭  Performance
          Initiative

A = Excellent

| | | | | | | |
|---|---|---|---|---|---|---|
| B = Good | Class Teacher's Sig. | | | | | |
| C = Average | Principal's Sig. | | | | | |
| U = Unsatisfactory | Parent's Sig. | | | | | |

Pass Marks — 50% in each subject.

Second Term attendance _____ 109 out of _____

| SECOND TERM | | TOTAL ON 200/250 | FINAL RESULT (AVG. ON 500) | | SPECIAL REMARKS |
| 100 | Obt. | | 100 | Obt. | |
|---|---|---|---|---|---|
| | 58 | 122 | | 50 | |
| | 60 | 143 | | 57 | |
| | 36 | 108 | | 50 | |
| | 37 | 126 | | 50 | |
| | 46 | 117 | | 50 | |
| | 21 | 107 | | 50 | Promoted on |
| | 51 | 144 | | 51 | trial to |
| | 05 | 43 | | 17 | class VIII-C |
| | 40 | 82 | | 33 | |
| | 50 | 125 | | 50 | |
| | 36 | 93 | | 37 | |
| | 30 | 57 | | 23 | |
| | 23 | 66 | | 26 | |
| | | | | | |
| | | | | | |
| | | | | 544 | 45.3%. |
| | | | | | Rank - 38/... |

Name _SHAHWAR MATIN_

Class _XIIC_

19 _96-97_    First Term attendance _____ out of _____

| SUBJECTS | 1st TEST | | FIRST TERM | | 2nd TEST | |
|---|---|---|---|---|---|---|
| | 50 | Obt. | 100 | Obt. | 50 | Obt. |
| English Written Self-Expression | | 22 | | | | 25 |
| English Conversation | | 25 | | | | 32 |
| English Language | | 05 | | | | 25 |
| English Literature | | 14 | | | | 17 |
| Urdu Language | | | | | | |
| Urdu Literature | | 30 | | | | 25 |
| Sindhi | | 20 | | | | 34 |
| Arithmetic | | | | | | |
| Algebra & Geometry | | 25 | | | | 33 |
| General Science | | 25 | | | | 25 |
| Social Studies/Pak. Studies | | 13 | | | | 15 |
| Nazira Quran Khawani | | 00 | | | | 10 |
| Islamiyat / Deeniyat | | A | | | | 23 |
| Religion       Com R | | 13 | | | | 32 |
| | | | | | | |
| TOTAL | | | | | | |
| Language ⎫ Participation | | | | | | |
| Co-Curricular ⎬ Performance | | | | | | |
| Activities ⎭ Initiative | | | | | | |

A = Excellent

B = Good          _Class Teacher's Sig._

C = Average       _Principal's Sig._

U = Unsatisfactory  _Parent's Sig._

**Pass Marks — 50% in each subject.**

Second Term attendance _____ out of _____

| SECOND TERM | | TOTAL ON 300 | FINAL RESULT (AVG. ON 300) | | SPECIAL REMARKS |
|---|---|---|---|---|---|
| 100 | Obt. | | 100 | Obt. | |
| | 59 | 131 | | 44 | |
| | 59 | 144 | | 48 | |
| | 23 | 63 | | 21 | |
| | 35 | 66 | | 22 | |
| | | | | | |
| | 50 | 105 | | 35 | |
| | 67 | 121 | | 40 | To repeat |
| | | | | | |
| | 62 | 120 | | 40 | |
| | 40 | 90 | | 30 | |
| | 26 | 64 | | 21 | |
| | 36 | 46 | | 15 | |
| | 22 | 58 | | 19 | |
| | 07 | 39 | | 13 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | HIGHEST 85.74 |
| | | | | | |
| | | | | | |

# ST. ANDREW'S HIGH SCHOOL



PRINCIPAL
*Morris Tanvir*
B.Sc. B.Ed.

FIRST THINGS FIRST

Date : ___12.09.06___

Ref. : ___

## CERTIFICATE.

Certified that Mr. Shahwar Mateen S/O Siraj, Agakhani Muslim had studied in this School. He passed his classes IX and X from this School in 1999. He was an average student. He had no any criminal record. He liked to play cricket and cycling. He was a kind hearted, loving nature, immature, simple and an innocent boy. His conduct and behavior during his pupilage was excellent , very co-operative and always ready to help needy students and persons.

NOTARIZED TO TAKE EFFECT IN ALL CONTINENTS OUT OF PAKISTAN UNDER INTERNATIONAL LAW

ATTESTED

16.10.

MASHKOOR AHMED
B.A., L.L.B Advocate Notary Public
City Court, KARACHI-PAKISTAN

MASHKOOR AHMED, B.A. L.L.B
NOTARY PUBLIC
Advocate City Court, Karachi

Al-2, 14th Lane, Kh-e-Badar, D.H.A. Phase VII, Karachi. Phone : 5857656-57

# St. Paul's English High School,

Iqbal shaheed S. J. Road, Karachi - 74400. Tel : 7788060 Fax : 7789041 Email : paulian@gerrys.net

Date: 30-06-2006

## TO WHOMSOEVER IT MAY CONCERN

This is to certify that Master Shawar Matin s/o Siraj has been taught by me (Mathematics) in Class VII & VIII (1989- 1990). During these two years I found him to be academically below Average and stood in the last quartile of the class.

During these years I found him to be a quite, well mannered, a courteous and non violent student. He got well along with his peers and by nature a good hearted person.

I wish him all the best in the near future.



Mr. Victor Sebastian
Mathematics Teacher (Morning)
Now Vice- Principal (Afternoon Shift) B Sc, M Ed



30 JUN 2006





# St. Paul's English High School,

Iqbal shaheed S. J. Road, Karachi - 74400. Tel : 7788060 Fax : 7789041 Email : paulian@gerrys.net

Date: 11.3.2005

## TO WHOMSOEVER IT MAY CONCERN

This is to certify that Master Shahwar Matin s/o Siraj was a student of St. Paul's English High School Karachi, Pakistan, which caters both for S.S.C. and G C E "O" Level Examinations.

He was admitted in Class II on 11.08.1990 and left in Class VIII on 6.5.1997.

During this period, he was found to be a hardworking student.

He bears a good moral character.



Rev. Fr. Anthony Martis
(PRINCIPAL)

ATTESTED

IQBAL AHMED QAZI
NOTARY PUBLIC
KARACHI PAKISTAN

8 AUG 2006