# EXHIBIT E



# HINA CLINIC
### MARTIN ROAD, KARACHI - 5.

4125986
Phone: ~~425987~~

**DR. M. A. QASEM**
M.B.B.S. (Ex-WPHS Class-I)
Chief Medical Officer & Incharge

**DR. (MRS) HENDA KHATOON**
M.B.B.S.-Incharge Gynae & Obs

**DR. (MRS) QAMRUN NAHAR**
M.B.B.S.-Senior Registrar Gynae & Obs

**CONSULTANTS**

**DR. (MRS) KISHWAR FATIMA**
M.B.B.S., D.G.O., M.C.P.S.
Gynaecologist

**DR. (MRS) SALMA ALI**
M.B.B.S., D.R.C.O.G.
Glasgow (Ireland)
Gynaecologist

**DR. HUMAYOON AZIZ**
M.B.B.S., M.A.I.U.M. (U.S.A.)
Sonologist

**DR. A.H. FAZLE RABBI**
M.B.B.S., M.C.P.S.
Opthalmologist

**PATHOLOGIST**

**DR. (MRS) SABA RABBI**
M.B.B.S.

Ref. _____

Date: 15/7/2006

## C E R T I F I C A T E

Certified that MR. SHAHWAR MATEEN, S/O. SIRAJ AND his family, is known to me personally since his birth. I am his family physician and having very good family terms. He is a boy of very good character, kind hearted, co-operative and loving nature. He can not harm any person even any animal or insect. He trusts others soon. He is a very simple, innocent and immature boy. He is very halpful, harmless, hard working, willing and sensitive boy, who feells the pains and sufferings of other like his owns.





15/7/06
DR M A QASEM
M.B.B.S. (Ex-W.P.H.S. Class I)
HENA CLINIC
MARTIN ROAD, KARACHI-5



## To Whom it may Concern.

This is to inform all concerns that Shahwar Matin S/o Siraj and his family members are known to me for quite a long period.

I know Shahwar Matin since his birth and found him very soft and innocent person by nature.

Further, Shahwar was never involved in any misconduct activity or crime case during his stay in Karachi Pakistan (Till June 1999). Shahwar Matin is bit immature person to confide others very quickly.

I personally found Shahwar Matin a person with limited and simple social-family activities and possess good character.

Mrs. Noorali.

Dated: 29th July, 2006



## To Whom It May Concern

Respected Sir,

This is to state that we would like to draw your attention on the important aspects of the life of Shahwar Matin Siraj.

Shahwar Matin Siraj was born in an Ismaili Family. By birth he is an Ismaili. As he belongs to our family we know him since his birth. He is innocent and non violent person. He always cares for others. He is little immature but bearing good character. He trusts people very easily. Overall he is a soft hearted and simple person, who always helps others in their difficult times.

Below are the signatures of the family members who agreed to what ever is written for Shahwar Matin Siraj.

Mr. Hanif A. Rehman

Mr. Shabbir A. Rehman

Mr. Pervez A. Rehman

Mr. Salim Rajab Ali

Mrs. Yasmeen Salim

Mr. Sher Ali Jan Mohammad








# TO WHOM IT MAY CONCERN

WE, MR. & MRS. KARIM KHAN RESIDENT OF KARACHI. PAKISTAN HERELY CONFIRM THAT SHAHWAR MATIN IS KNOWN TO US SINCE HE WAS BORN.

THE FAMILY OF SHAHWAR MATIN IN OUR RELATIVE, AND SUCH WE HAVE A LONG RELATIONSHIP WITH THEM. WE ALSO VISITED THE FAMILY IN NEW YORK IN MID-2004

SHAHWAR MATIN BY NATURE IS VERY GOOD AT HEART AND DID HOT INDULGE IN ANY VIOLENT ACTIVITY. HE IS BIT IMMATURE AND TRUSTING OTHERS.

SHAHWAR MATIN BEARS GOOD MORAL CHARACTER.

MR. KARIM KHAN  
KARACHI PAKISTAN

MRS. KARIM KHAN  
KARACHI PAKISTAN

DATED: 6TH JULY 2006








## TO WHOM IT MY CONCERN

I am tenant of the shop namely "Rehman General Store" owned by Siraj Abdul Rehman, who is father of Shahwar Matin. Shahwar Matin is belonging to Agha Khani Ismaili Muslim Community. I know him since his birth. He bears a good moral character and is a kind hearted boy, who loves and respects everyone. He never indulged in any kind of criminal or illegal activity during the period of his living in Pakistan till 1999. He cannot think of causing harm to any one, even any bird or animal. He is a childish nature and immature boy, who is fond of watching cartoon and playing video games. He is also fond of playing cricket and cycling




29/07/2006

SIKANDER NAUROZ ALI GOWANI
305/7 PRINCE COTTAGE
ASHOKA STREET GARDEN EAST
KARACHI

T.PHONE 2233890



ATTESTED

IQBAL AHMED QAZI
NOTARY PUBLIC
KARACHI PAKISTAN
8 AUG 2006

July 25, 2006

## TO WHOM IT MAY CONCERN.

We, Mr. & Mrs. Fareed wish to inform that Shahwar Matin S/o Siraj A. Rehman is known to us since he was born in 1982.

Shahwar belongs to a very respectable family and he himself is also a kind hearted and humble person by nature.

Shahwar's family is our relative and they all including Shahwar, had never indulge in violant or breach of discipline act.

Shahwar's activities till the time he was in Karachi (June 1999), was totally based on student's life and was always a good family member.

Shahwar bears a good moral character.

Mr. & Mrs. Fareed
Karachi.-Pakistan.

*Fareed Mohd Ali*

*Zaibun-nisa Fareed*

*Feroz Fareed*

*Farooq Fareed*

*Sana Farooq*








# CERTIFICATE

Certified that Mr. Shahwar Mateen S/O Siraj is known to me since his birth. We had got friendly terms as I am doing business of (Bar-B-Q) at the adjacent to the shop of Mr. Siraj. He is a boy of good conduct, kind hearted, very co-operative and loving nature. He trusts other very soon as he is an innocent, simple and immature boy. He cannot harm any person even any animal or insects. He is fond of playing cricket and cycling.

