# EXHIBIT F

I, the undersigned Zein Rimawi, a business man in downtown Brooklyn, and serve on the board of directors of the Islamic Society of Bay Ridge. I have met Mr. Shahwar Matin Siraj soon after he joined his uncle to work in the bookstore adjacent to our mosque that Mr. Shahwar frequented for daily prayers.

For as long as I have known him, Mr. Shahware has been quite cordial, respectful, and trustful of others. He was a good natured person that has never exhibited any violent tendencies, but he was somewhat gullible and immature.

I truly hope that the respected court take this into consideration when rendering its decision.

Very truly yours,

*[signature]*

Zein Rimawi

June 29, 2006

To Whom It May Concern:

This is to confirm that I, Iftikhar Muhammad, have known Shahwar Matin Siraj since he arrived in New York in 1999. At that time I and Mr. Saleem Noor Ali were business partners and Matin used to work for us and we used to interact. From what I closely observed about him was that he was little immature, but good hearted young man. He never showed any violent tendency towards anyone. He seemed to be very trusting of others.

I am currently working at Masjid al-Taufiq, a non-profit muslim organization, as an Imam and Office Administrator in Elmhurst, New York.

For further verification, please don't hesitate to contact me at 718-507-5528 at any time.

Sincerely,

*Iftikhar Muhammad*

Iftikhar Muhammad

Reg.: <u>SHAHWAR MATIN SIRAJ</u>

To Whom It May Concern:

July 21, 2006

I, the undersigned, Mr. Abdessadek Boumahchad, a Notary Public, qualified in Kings County, certify that I knew Shahwar Matin Siraj from the Islamic Store where he used to be helping his uncle. Whenever I would go in the store, mostly to buy phone cards and some Islamic paraphernalia or to make photocopies, I would find him playing videogames with other kids laughing and engaging in the game like every kid does. I'd greet him and he'd do the same with respect and modesty and tend to my service. He would serve me with his attention drawn by the game while other customers, in the store, browsing.

Matin, to me, is a grown up child; he looks big in size but substantially immature, harmless, honest, naïve, and most of all trusting of others.

Should you need further information, please contact me at (718)501-4416 or email me at: sadek12@yahoo.com.

Abdessadek Boumahchad

ABDESSADEK BOUMAHCHAD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01B06092846
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 10/06/2007

Odette Richard
77-10 34th Ave APT A24
Jackson Heights, NY 11372

June 30, 2006

RE: Shahwar Matin Siraj

To Whom It May Concern:

My Name is Odette Richard and I reside at 77-10 34th Avenue in Jackson Heights. Mr. Shahwar Matin Siraj moved in shortly before my sister's passing and has been my neighbor, living in Apt A25, for at least 5 years. From the date of my sister's death, he and his family provided with unerring support and were always there as a shoulder for me to lean on. Since that sad and terrible moment until now, I have seen no signs of aggression on the part of Mr. Matin Siraj. He has been a true neighbor; friend and I can even say a brother to me.

Sincerely,

Odette Richard

*[signature]*

Evelyn S. C. Wufka
℅ 77-10 34 th. Avenue Apt A22
Jackson Heights NY 11372

To Whom It May Concern:

This letter is a recommendation for Mr. Shahwar Matin I am a neighbor of his family and also a Human Rights Activist. I am very familiar with his family and they are good people. These allegations made against him I do not believe to be true and I think it is unjust and very unfair. I think in my opinion the case against him was made on entrapment.

This young boy comes from a warm and loving family and I do not think by any means he is the type of individual to participate in the activities he is accused of. I ask for all parties to carefully review this case and in the end they will see he is an innocent and good young man.

I thank you for you time.


Sincerly,


Evelyn S. C. Wufka

*Evelyn Wufka*
*member of NGO + DPI, International*
*to Economic + Social Council*
*and World Bank on HIV.*

Date:09/28/2006

To Whom It May Concern:

Please be advise that I Mohamed Elnashar working in The Islamic Society of Bay Ridge located at 6807 5th ave ,Brooklyn,NY.11220 , certify that Shahwar Matin Siraj was our working neighbor, he was come to the Mosque for the prayer more than three times a day and I know him as a polite, respectful ,smiling, co-operative young man , he was wearing as regular youth clothes , I never seen him aggressive to anyone , he was praying and right after each prayer leave to his work .

If you have any question please call me at :718-680-0121

Yours truly,
Mohamed Elnashar

# KAMGIL ASSOCIATES.

139-79 85th Drive
Briarwood, NY 11435
Phone: 718-297-6877
Fax: 718-297-6462

July 20, 2006

<u>To Whom It May Concern</u>

Re: Shahwar Mateen Siraj
Our tenant since August 2001.

During July 2001 Siraj family came to us to rent an apartment in a Coop Building at 77-02 34th Avenue, Jackson Heights, NY 11372.

Being a Coop building, we had to interview the family to judge if they would be good tenants in a peaceful and clean building.

We approved them with an exception that their teenage son Shahwar Mateen Siraj will be observed by our super for six months before they get a long term lease.

The reports from the super about the young man were good. Also during our frequent visits to the building, we found him a quiet and polite young boy.

Mamnoon A. Marghoob
Managing Partner Kamgil Associates.